**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JERITON LAVAR CURRY, | : | Civil No. 3:26-cv-1788 |
| | : | |
| Plaintiff | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| WARDEN CARLTON, *et al.*, | : | |
| | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this ___29th___ day of July, 2026, upon preliminary review of plaintiff's complaint (Doc. 2), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1.  The claims against Warden Carlton are **DISMISSED** without prejudice to Plaintiff's right to pursue his claims against Warden Carlton in the proper venue.

2.  The Clerk of Court is directed to **TERMINATE** Warden Carlton as a Defendant in this action.

3.  Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(g).

_____
Robert D. Mariani
United States District Judge